```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

AGORA, INC., et al.                *

       Plaintiffs         *

       vs.                         *CIVIL ACTION NO. MJG-02-3187

UNITED STATES SECURITIES &         *
EXCHANGE COMMISSION
                               *

       Defendant
\*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted Defendants' Motion to Dismiss.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants United States Securities and Exchange Commission, Commissioner Paul Atkins, Commissioner Roel Campos, Commissioner Harvey Goldschmid, Commissioner Cynthia Glassman, and Attorney Brent Baker against Plaintiffs Agora, Inc., Pirate Investor, LLC, and Porter Stansberry dismissing all claims with prejudice with costs.

2. This order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, Monday, 21 April, 2003.

                                                   /s/
                                 _____
                                    Marvin J. Garbis
                              United States District Judge